**Luis R. QUINONEZ, Plaintiff—Appellant,**

v.

**Commonwealth of VIRGINIA, Division of Child Support Services; Valerie Cuffee; Lewis, and other employees of DCSE and JDR Court System, Defendants—Appellees.**

No. 10–2128.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 13, 2011.

Decided: Jan. 18, 2011.

Luis R. Quinonez, Appellant Pro Se.

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis R. Quinonez appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Quinonez v. Virginia,* No. 1:10–cv–00991–LMB–IDD (E.D. Va. filed Sept. 1 & entered Sept. 2, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*